# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-3009

_____

| | | |
|---|---|---|
| In re:  Dean Ledvina, | *<br>*<br>*<br>* | Appeal from the United States<br>District Court for the<br>Western District of Arkansas.<br>[Unpublished] |
| Petitioner. | | |

_____

Submitted: March 30, 2000
Filed:   April 6, 2000

_____

Before McMILLIAN, HANSEN, and MORRIS SHEPPARD ARNOLD, Circuit
Judges.

_____

PER CURIAM.

Dean Ledvina appeals from the district court's[1] denial of his "Motion to Subpoena Records and Information" from Supreme Court Justice Sandra Day O'Connor, and the court's denial of his motion to reconsider.  Having carefully considered the matter, we conclude that denial of the subpoena was correct, see In re United States, 197 F.3d 310, 313-16 (8th Cir. 1999) (subpoena should not issue against high government official absent extraordinary circumstances, including showing that official possesses information essential to case which is not obtainable from another source, and showing of entitlement to relief sought), and that denial of reconsideration was not an abuse of discretion, see Sanders v. Clemco Indus., 862 F.2d 161, 169-70

_____

[1]The Honorable Jimm Larry Hendren, Chief Judge, United States District Court for the Western District of Arkansas.

(8th Cir. 1988) (standard of review; movant's failure to present arguments not previously considered by district court is controlling factor against granting reconsideration).

Accordingly, we affirm the judgment of the district court.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.